**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Minerva Rodriguez Tristan v. The State of Texas

Appellate case number:    01-19-01017-CR & 01-19-01018-CR

Trial court case number:    2243064 & 2243065

Trial court:    County Court at Law No. 7 of Harris County

The trial court clerk is **ORDERED** to file a supplemental clerk's record containing (1) the Order on Motion For New Trial signed March 12, 2021 (image no. 94809496). *See* TEX. R. APP. P. 34.5(c)(1).  If the aforementioned Order on Motion for New Trial does not exist, the clerk is ORDERED to notify this Court of said fact in writing.  The supplemental clerk's record shall be filed in this Court within 15 days of this order.


It is so **ORDERED**.


Judge's signature: _____/s/ Sherry Radack_____
            ☒ Acting individually    ☐ Acting for the Court


Date: _____October 13, 2022_____